**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**In re:**

**KYRA NYKOL RIVERS,**
Debtor.

**Case No. 26-30797**
**Chapter 7**

FILED
U.S. Bankruptcy Court
Western District of NC
AUG 26 2026
Christine F. Ramsey, Clerk
Charlotte Division

I the debtor **Kyra Nykol Rivers**, appearing pro se, respectfully responds to Exeter Finance LLC's Motion for Relief from Automatic Stay as follows:

1. The Debtor has surrendered the **2011 Dodge Caliber** that is the subject of Exeter Finance LLC's Motion.
2. The Debtor does not intend to retain the vehicle and **does not oppose relief from the automatic stay solely for Exeter Finance LLC to exercise its lawful rights with respect to the surrendered vehicle.**
3. The Debtor **does not admit or agree to the amount of Exeter Finance LLC's alleged debt, deficiency, attorney fees, costs, or valuation of the vehicle.**
4. The Debtor disputes the statement in the Motion that the Debtor did not maintain appropriate insurance on the vehicle when it was surrendered.
5. The Debtor maintained **full-coverage automobile insurance through Direct Insurance** at the relevant time and has documentation supporting the existence of that coverage.
6. Nothing in this Response should be construed as an admission of liability for the balance alleged by Exeter Finance LLC or as a waiver of any rights or defenses available to the Debtor under the Bankruptcy Code or applicable law.

**WHEREFORE,**

The Debtor respectfully requests that the Court consider this Response and grant only such relief as the Court determines appropriate.

Respectfully submitted, Kyra Nykol Rivers 8/26/2026

**Kyra Nykol Rivers**
Debtor, Pro Se

7824 Creekridge Road, Charlotte NC, 28212 Apt C311

(917)579-0871

Kyra.Rivers@icloud.com

Date: 8/26/2026

Sign: Kyra Nykol Rivers

Case No. 26-30797

FILED
U.S. Bankruptcy Court
Western District of NC
AUG 26 2026
Christine F. Ramsey, Clerk
Charlotte Division

# Certificate of Service

I certify that on 8/26/2026, I served a true correct Copy of the Debtor's response to Exetes Finance LLC's motion for Relief from Automatic Stay upon counsel for Exeter Finance LLC by Email provided in the Notice Opportunity for hearing

Kyra Nykol Rivers
Debtor, Pro Se
8/26/2026
Kyra Nykol Rivers